UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL BIDDLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:10-cv-2093-M |
| | § | |
| SANTANDER CONSUMER USA, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's June 9, 2011 Opinion, the Court granted summary

judgment for Defendant Santander Consumer USA against Plaintiff Michael Biddle on his

Federal Debt Collection Practices Act (FDCPA) claim, and dismissed the remainder of

Plaintiff's claims for lack of subject matter jurisdiction.  It is therefore **ORDERED** that Plaintiff

take nothing on his claims against Defendant, that Plaintiff's FDCPA claim is **DISMISSED**

**WITH PREJUDICE**, and that the remainder of Plaintiff's claims are **DISMISSED WITHOUT**

**PREJUDICE**, with costs of court taxed against Plaintiff.

**SO ORDERED**.

June 9, 2011.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

1